IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JENNIFER DE LA PAZ

    Plaintiff,

v.                                                       Case No.  2:23-CV-01002-DLM-KRS

THREE CROSSES REGIONAL HOSPITAL, LLC

    Defendant.

**STIPULATED ORDER EXTENDING INITIAL DISCLOSURE DUE DATE**

The Court has considered Defendant Three Crosses Regional Hospital, LLC and Plaintiff Jennifer De La Paz's (collectively the "Parties") Joint Motion to Extend Initial Disclosure Due Date, and finds that it is well taken and should be granted.

Therefore, the Parties shall exchange initial disclosures pursuant to Rule 26(a)(1) on or before January 26, 2024.

    **IT IS SO ORDERED**

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted,

*/s/ Michael Rumac*
Michael Steven Rumac
GORDON REES SCULLY MANSUKHANI, LLP
mrumac@grsm.com
(505) 998-0662
500 Marquette Ave. NW
Suite 1200
Albuquerque, NM 87102
*Attorneys for Defendant Three Crosses Regional Hospital, LLC*

-and-

*Approved via email 1-18-24*
Ben Furth
Benfurth64@yahoo.com
Paul Darby Hibner
Paul.hibner.work@gmail.com
THE FURTH LAW FIRM, P.A.
780 South Walnut N. 5
Las Cruces, NM 88001
(575) 522-3996
(575) 532-5815-Facsimile
*Attorneys for Plaintiff Jennifer De La Paz*